# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Damon John White Bird Solgado, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Braun, Warden | ) | Case No. 1:17-cv-056 |
| | ) | |
| Respondent. | ) | |

The Clerk's office shall seal Docket No. 16-2 (the second attachment to petitioner's letter) as it contains sensitive personal information.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2017.

                                                           */s/ Charles S. Miller, Jr.*
                                                           Charles S. Miller, Jr., Magistrate Judge
                                                           United States District Court